**John CAMPBELL, Appellant,**

v.

**B.W. BIRK & ASSOCIATES and Treasurer of Missouri, Custodian of The Second Injury Fund, Respondents.**

**No. 72967.**

Missouri Court of Appeals,
Eastern District,
Division Five.

March 31, 1998.

Joseph V. Neill, St. Louis, for appellant.

·Mark Edward Moreland, Reid Highlander, St. Louis, for respondent.

Before CRAHAN, C.J., and RICHARD B. TEITELMAN, J., and ROBERT E. CRIST, Senior Judge.

*ORDER*

PER CURIAM.

Employee appeals the final award of the Labor and Industrial Relations Commission dismissing his claim for lack of jurisdiction.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. A detailed opinion would have no precedential value. The award is affirmed pursuant to Rule 84.16(b).